**E-filed 1/22/07**

Steven R. Manchester (State Bar No. 45589)
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 – Facsimile
Email: srman@gatespeed.com

Attorney for Defendants, JOSEPH K. FASULO, and BERLINER COHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAMRA CURTIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BERLINER COHEN LAW FIRM, JOSEPH K. FASULO,<br><br>　　　　　Defendants. | Case No. C-06-06684 JF PVT<br><br>STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING CASE MANAGEMENT CONFERENCE |

STIPPULATION

Counsel for the parties stipulate as follows:

　　1.　Plaintiff's complaint was served on defendants on December 4, 2006. On December 22, 2006, defendants moved the Court for an order dismissing plaintiff's complaint in its entirety. Said motion is scheduled for hearing on February 16, 2007.

　　2.　The Case Management Conference is currently scheduled for January 26, 2007. ADR certificates and initial disclosures are due prior thereto.

　　3.　The parties desire to have a ruling on the defendants' motion to dismiss prior to making initial disclosures, and prior to the Case Management Conference, and for that reason

move the Court for an order continuing the Case Management Conference to April 13, 2007. April 13, 2007 is requested because defense counsel is scheduled to be out of the country from March 12th through April 3rd.

    4. Counsel shall meet and confer, and comply with Local Rule 16-8, no later than March 23, 2007. Initial disclosures shall be made no later than April 6, 2007.

Dated: January 8, 2007                        /s/ Norman Newhouse
                                                               Counsel for Plaintiff

Dated: January 9, 2007                        /s/ Steven R. Manchester
                                                               Counsel for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ___1/19/07_____

                                                     Jeremy Fogel
                                                     District Court Judge